# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MAJUANGY J. EVANS

NO. 2024 KW 0437

**JUNE 10, 2024**

---

In Re:   Majuangy J. Evans, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0986-F-2023.

---

**BEFORE:   CHUTZ, GREENE, AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the bill of information, pertinent district court minutes, the transcript of the suppression hearing and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

WRC
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT